## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Angala Garland, et al.

                              Plaintiff,

v.                                          Case No.: 1:23−cv−04899
                                            Honorable Matthew F. Kennelly

The Children's Place, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2023:

     MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 11/20/2023. Defendant's motion to dismiss [24] is denied without prejudice based on the filing of the amended complaint. The deadline for any Rule 12 based motion is as follows: 1.) The motion is due 12/22/2023; 2.) The response is due 1/19/2024; and 3.) The reply is due 2/1/2024. Case is set for a telephonic status hearing on 2/6/2024 at 8:45 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.